UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,        :
                                 :
       v.                        :       20-CR-52 (EK)
                                 :
ORLANDO LOPEZ,                   :       PROPOSED ORDER
                    Defendant.   :
-------------------------------------------------------x

ORDER DIRECTING THE METROPOLITAN DETENTION CENTER TO PROVIDE
IMMEDIATE MEDICAL ATTENTION TO ORLANDO LOPEZ, REG. NO. 92290-053

ERIC R. KOMITEE, United States District Judge:

    It is hereby ORDERED that the Metropolitan Detention Center provide ORLANDO LOPEZ, REG. NO. 92290-053, with immediate medical attention. Specifically, Mr. Lopez is to be evaluated and treated for the severe pain in his right side, radiating from his shoulder down his right arm. Additionally, the MDC is to evaluate and treat the rash Mr. Lopez has developed on his arms and legs.

Dated:    Brooklyn, New York
           May 28, 2020

                                        s/Eric R. Komitee
                                        Honorable Eric R. Komitee
                                        United States District Judge